Jean M. NELSON, Plaintiff—Appellant

v.

AMX CORP., Defendant—Appellee.

Jean M. NELSON, Plaintiff—Appellee

v.

AMX Corporation, Defendant—Appellant.

No. 05–11468, 05–11470.

United States Court of Appeals, Fifth Circuit.

May 4, 2007.

Yona Rozen, Gillespie, Rozen, Watsky, Motley & Jones, Dallas, TX, William R.

Amlong, Amlong & Amlong, Fort Lauderdale, FL, for Plaintiff–Appellant.

Steven R. McCown, Jacqueline Carol Johnson, Littler Mendelson, Dallas, TX, for Defendant–Appellee.

Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.